**Below is a Judgment of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>Nevin George Middleton,<br><br>Debtor. | Case No. 22-10114-CMA<br><br>Adversary No. 25-01052 |
| United States Trustee<br><br>Plaintiff<br><br>v.<br><br>Nevin George Middleton,<br><br>Defendant | JUDGMENT REVOKING DEBTOR'S DISCHARGE |

In accordance with the Order for Judgment (ECF No. 48) (the "Order"), the Court hereby enters JUDGMENT as follows:

1. Judgment is awarded for Plaintiff against Defendant consistent with the Order.
2. Defendant Nevin George Middleton's discharge is REVOKED in the above-captioned chapter 7 case (the "Main Case") pursuant to 11 U.S.C. §§ 727(d)(1) and (d)(2).

///End of Order///

Presented By:

*/s/ Caitlyn J. Myerson*
Caitlyn J. Myerson, Fla. Bar #1027074
Ryan S. Moore, WSBA #50098
Attorneys for the United States Trustee

Agreed as to Form; Presentation Waived:

*/s/ Benjamin Ellison*
Benjamin Ellison, WSBA #48315
Salish Sea Legal
Attorney for Nevin George Middleton